UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0427M-01 (CR) |
| **MARIO SALVATIERRA SAHONERO,** | : | VIOLATIONS: 18 U.S.C. §111(a)(1) and (b) |
| **Defendant.** | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers or Employees); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 18 U.S.C. §924(c)(1)(A)(ii) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO**, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or   Employees**, in violation of Title 18, United States Code, Section 111(a)(1) and (b))

## COUNT TWO

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

  (**Unlawful Possession With Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT THREE

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO**, did unlawfully and knowingly use, brandish, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count Two of this Indictment which is incorporated herein, a firearm, that is, a Raven .25 caliber semi-automatic pistol.

  (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

## COUNT FOUR

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United

States, that is Count Two of this Indictment which is incorporated herein, a firearm, that is, a High Point 9mm handgun and a Davis Industries 9mm handgun.

>   (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.