UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-320 (RWR)** |
| v. | : | GRAND JURY ORIGINAL |
| **MARIO SALVATIERRA SAHONERO,** | : | VIOLATIONS: 18 U.S.C. §111(a)(1) and (b) |
| **Defendant.** | : | (Assaulting, Resisting, or Impeding Certain |
| | : | Officers or Employees with a Dangerous |
| | : | Weapon); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 18 U.S.C. §924(c)(1)(A)(ii) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense) |

### S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges that:

#### COUNT ONE

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO**, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, with a dangerous weapon, that is, a Raven .25 caliber semi-automatic pistol, while engaged in or on account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1) and (b))

## COUNT TWO

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

> (**Unlawful Possession With Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT THREE

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO**, did unlawfully and knowingly use, brandish, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count Two of this Indictment which is incorporated herein, a firearm, that is, a Raven .25 caliber semi-automatic pistol.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

## COUNT FOUR

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United

States, that is Count Two of this Indictment which is incorporated herein, a firearm, that is, a High Point 9mm handgun and a Davis Industries 9mm handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.