UNITED STATES OF AMERICA,  :

   Plaintiff,      :

v.            :  Case Number: 05-320 RWB

MARIO SALVATIERRA SAHONERO, :

   Defendant.      :

## ENTRY OF APPEARANCE

Mister/Madam Clerk:

  Please enter the appearance of ANTHONY D. MARTIN, Esquire, on behalf of the Defendant MARIO SALVATIERRA SAHONERO.

           Respectfully submitted,
           ANTHONY D. MARTIN, PC

      By: _[signature]_
           Anthony D. Martin, Esquire
           BELLE POINT OFFICE PARK
           7841 Belle Point Drive
           Greenbelt, MD 20770
           (301220-3700; (301) 220-0791 (fax)

           *Attorney for Mario Salvatierra Sahonero*