UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | **Case No:** 05-0320 (RWR) |
| MARIO SALVATIERRA-SAHONERO, | : | |
| Defendant. | : | |

**MOTION FOR NOTICE OF INTENT TO INTRODUCE
UNCHARGED MISCONDUCT AND PRIOR CONVICTIONS**

Comes now MARIO SALVATIERRA-SAHONERO and moves for an order directing the government to provide notice of its intent to use evidence of prior arrests, convictions, or bad acts. This motion is made under Fed. R. Evid. 404(b) and Fed. R. Crim. P. 16.

In addition, MARIO SALVATIERRA-SAHONERO moves for production of all evidence, documents, records of judgments and convictions, photographs and tangible evidence, and information pertaining to any judgments and convictions or prior bad acts. This request also includes his "rap" sheet and/or NCIC computer check on the name MARIO SALVATIERRA-SAHONERO or any other name or alias the government believes was used by him in the past.

**POINTS AND AUTHORITIES**

Evidence of a prior record is available under *Fed. R. Crim. P. 16(a)(1)(B)*. Evidence of prior similar acts is discoverable under *Fed. R. Crim. P. 16(a)(1)(C)* and *Fed. R. Evid. 404(b) and 609*.

        Respectfully submitted,
        ANTHONY D. MARTIN


By: _____
       Anthony D. Martin, 5422
       7841 Belle Point Drive
       Greenbelt, MD 20770
       (301) 220-3700

*Attorney for MARIO SAHONERO*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion To Provide Notice of Intent to Use Uncharged Misconduct and/or Prior Bad Acts was sent by e-mail, regular mail postage pre-paid or facsimile to the following individuals:

Anthony Scarpelli, Esquire
United States Attorney's Office
555 4th Street, NW
Washington, DC  20530

        _____
        Anthony D. Martin

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | **Case No:** 05-0320 (RWR) |
| : | |
| MARIO SALVATIERRA-SAHONERO, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

This matter is before the court because of a filing of a request for DISCOVERY 404(b) NOTICE. It appearing to the court that good cause has been shown for the relief requested.

IT IS ORDERED this _____ day of _____ 2005, that before introducing any evidence of other crimes or bad acts that the government first provide notice pursuant to *Fed.R.Evid. 404(b)* to the defendant of its intent to introduce such evidence.

J   U   D   G   E