**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No: 05-0320 (RWR) |
| MARIO SALVATIERRA-SAHONERO, | : |
| Defendant. | : |

**MOTION FOR EQUAL ACCESS TO EVIDENCE**

Comes now MARIO SAHONERO and moves for an order directing the government to permit him to have the alleged drugs seized from his home visually examined by his trial defense counsel and/or investigator.

*Background*

MARIO SAHONERO was charged in a superseding indictment with various counts relating to drug distribution (marijuana) in violation of 21 USC § 841. He is also charged with the use, carrying and possessing of a handgun in connection with a drug trafficking offense, in violation of 18 USC §924 (c)(1)(A)(ii). Mr. Sahonero was shot in his own bedroom, without good cause by Allee Ramadahan. Said shooting was in violation of his civil rights; as more specifically enumerated at 42 USC §1983 as well as established police procedure. In an effort to protect Allee Ramadhan's job and avoid a potential civil suit, Mr. SAHONERO was subsequently arrested and charged in a criminal complaint with assaulting the aforementioned aggressor; who is employed with the Metropolitan Police Department.

*Argument*

**THE DEFENDANT'S RIGHT TO THE PRESERVATION OF EVIDENCE THAT WILL BE USED AGAINST HIM IS MEANINGLESS WITHOUT THE RIGHT TO EXAMINE THE SAME.**

In *California v. Trombetta,* 467 US 479; 104 S.Ct. 2528 (1984) the Supreme Court held that the Constitution requires the government to preserve evidence "that might be expected to play a significant role in the suspect's defense." *Id.* at 488. While the defense has no doubt that the evidence will be preserved, it seeks to extend that protection to a viewing.

*Prayer*

WHEREFORE, the Defendant respectfully prays that an order issue directing the Office of the United States Attorney to allow trial defense counsel and/or his investigator to view the evidence to be admitted in the case.

**POINTS AND AUTHORITIES**

1. *California v. Trombetta,* 104 S.Ct. 2528 (1984)
2. *United States v. Bohl,* 25 F.3d 904, 911-912 (10th Cir. 1994)

                Respectfully submitted,
                ANTHONY D. MARTIN

By: _____
      Anthony D. Martin, 5422
      7841 Belle Point Drive
      Greenbelt, MD 20770
      (301) 220-3700

*Attorney for MARIO SAHONERO*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION TO PRESERVE NOTES AND EVIDENCE was sent by e-mail, hand delivered, sent by facsimile and/or postage pre-paid to the following individuals at the addresses appearing below and on the following page:

>Anthony Scarpelli, Esquire
>United States Attorney's Office
>555 4th Street, NW
>Washington, DC  20530

on Wednesday, October 26, 2005.

                                                                                    _____
                                                                                    Anthony D. Martin, 362-537

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case Number: **RWT-04-0235** |
| MARIO SAHONERO, | : |
| Defendant. | : |

**ORDER**

This matter is before the court on a Motion for Equal Access to Evidence. It appearing to the court that good cause has been shown for the relief requested.

IT IS ORDERED this _____ day of _____ 2005, that the government provide the defense an opportunity to visual inspect and review the government's evidence before trial.

_____
J   U   D   G   E

Anthony Scarpelli, Esquire
United States Attorney's Office
555 4th Street, NW
Washington, DC  20530


Anthony D. Martin, Esquire
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770