# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | **Case No:** 05-0320 (RWR) |
| : | |
| : | |
| MARIO SALVATIERRA-SAHONERO, : | |
| : | |
| Defendant. : | |
| : | |

## MOTION TO PRESERVE NOTES, REPORTS AND EVIDENCE

Comes now MARIO SAHONERO and moves for an order directing the government to preserve any notes, reports and evidence that may be related to this case. This motion is made pursuant to *California v. Trombetta,* 104 S.Ct. 2528 (1984).

## POINTS AND AUTHORITIES

1. *California v. Trombetta,* 104 S.Ct. 2528 (1984)
2. *United States v. Riley,* 189 F.3d 802, 806 (9th Cir. 1999)
3. 18 USC §3500

                                                Respectfully submitted,
                                                ANTHONY D. MARTIN

By: _____
      Anthony D. Martin, 362-537
      BELLE POINT OFFICE PARK
      7841 Belle Point Drive
      Greenbelt, MD 20770
      (301) 220-3700

      *Attorney for MARIO SAHONERO*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY, that a copy of the foregoing **MOTION TO PRESERVE NOTES, REPORTS AND EVIDENCE** was hand delivered, sent by facsimile and/or postage pre-paid to the following addresses:

    Anthony Scarpelli, Esquire
    United States Attorney's Office
    555 4th Street, NW
    Washington, DC  20530

on Wednesday, October 26, 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      : | |
|                               : | |
|     Plaintiff,    : | |
|                               : | |
| v.                            : | **Case No:** 05-0320 (RWR) |
|                               : | |
|                               : | |
| MARIO SALVATIERRA-SAHONERO,   : | |
|                               : | |
|     Defendant.    : | |

## **ORDER**

This matter is before the court because of a filing of a request for Preservation of Notes, Reports and Evidence. It appearing to the court that good cause has been shown for the relief requested.

IT IS ORDERED this _____ day of _____ 2005, that the government preserve and make all reasonable efforts to preserve all notes, reports and other evidence whether intended to be used at trial or not and whether in the possession of the Office of the United States Attorney's Office or not.

_____
J   U   D   G   E