**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | **Case No:** 05-0320 (RWR) |
| MARIO SALVATIERRA-SAHONERO, : | |
| Defendant. : | |

**MOTION FOR PERMISSION TO FILE OUT OF TIME**

MARIO SALVATIERRA-SAHONERO, through his counsel, moves pursuant to Fed. R. Crim. P 12(e) for an order permitting late filing of a motion under Fed. R. Crim. P 12(3)(C) for reasons set forth below.

1. The motion to suppress evidence found in the defendant's apartment hinges on information that is still being investigated by the privately retained investigator.

2. The issue will have to be addressed either pre-trial or post trial and counsel hopes the court will agree that the matter should be disposed of prior to the presentation of the government's case in chief.

3. The government will not suffer any prejudice from an enlargement of time since a trial date has not been scheduled.

4. The government trial counsel does not oppose the defense request for an extension of the pre-trial motions deadline.

WHEREFORE, the defendant requests that the court grant an enlargement of time and that the government be required to respond to the same ten days thereafter.

        Respectfully submitted,

By: _____
    ANTHONY D. MARTIN
    7841 Belle Point Drive
    Greenbelt, MD 20770
    (301) 220-3700; (301) 220-0791 (fax)

    Attorney for MARIO. SAHONERO

## POINTS AND AUTHORITIES

1. Fed. R. Crim. P 12(e)
2.

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on this Tuesday, November 15, 2005, a copy of the foregoing was sent by first class mail or e-mailed to:

>Anthony Scarpelli, Esquire
>Assistant United States Attorney
>555 4th Street, NW, Room 4824
>Washington, DC 20001

>_____
>Anthony D. Martin

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | **Case No:** 05-0320 (RWR) |
| : | |
| MARIO SALVATIERRA-SAHONERO, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

This matter is before the court on a motion to file a suppression motion out of time. After having considered the record to date, the motion and the opposition filed thereto,

It appears to the court that it is in the interest of justice to have the issue addressed prior to trial

WHEREFORE, the IT IS ORDERED, this _____ day of November 2005, that the defendant's motion is GRANTED

IT IS FURTHER ORDERED that the defendant will file his suppression motion if at all no later than _____ and

IT IS FURTHER ORDERED that the government will file its response no later than ten days thereafter..

_____
J U D G E