UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | **Case No:** 05-0320 (RWR) |
| MARIO SALVATIERRA-SAHONERO, | : | |
| Defendant. | : | |

**ORDER**

This matter is before the court on a motion to file a suppression motion out of time. After having considered the record to date, the motion and the opposition filed thereto,

It appears to the court that it is in the interest of justice to have the issue addressed prior to trial

WHEREFORE, the IT IS ORDERED, this _____ day of November 2005, that the defendant's motion is GRANTED

IT IS FURTHER ORDERED that the defendant will file his suppression motion if at all no later than _____ and

IT IS FURTHER ORDERED that the government will file its response no later than ten days thereafter.

_____
J U D G E