**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :  **Case No:** 05-0320 (RWR) |
| MARIO SALVATIERRA-SAHONERO, | : |
| Defendant. | : |

**ORDER**

This matter is before the court on a motion to suppress evidence. After having considered the record to date, the motion, the opposition filed thereto, the testimony of witnesses, as well as the arguments of counsel,

It appears to the court that the knock and announce requirements of 18 USC §3109 have not been met.

WHEREFORE, the defendant's motion is GRANTED and

IT IS ORDERED, this _____ day of _____ that the government not make mention of or introduce any evidence seized as a result of the search of the premises at 772 Harvard Street, NW Washington, DC.

_____
J U D G E