# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SEARCH WARRANT

TO: **CHIEF, METROPOLITAN POLICE DEPARTMENT OR ANY OTHER LAW ENFORCEMENT OFFICER**
(Specific Law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

Affidavit, herewith attached, having been made before me by **Ofc. Devinci C. Wooden Third District Badge #386** that he has probable cause to believe that on the (person) (premises) (vehicle) (object) known as **772 Harvard Street, Northwest, Washington, D.C.**, ~~the top level of the House and~~ the basement apartment as described more Fully in the Affidavit in Support of a Search Warrant. _including (AKL)_

in the District of Columbia, there is now being concealed certain property, **Marijuana, and for the seizure of evidence, which includes But is not limited to, narcotics, paraphernalia related to the preparation, packaging and use of narcotics, firearms, ammunition, books, records, receipts, tally sheets, money orders, bank records, pagers, cellular phones (and numbers contained therein), cellular documents, photographs, videotapes, indicia of occupancy, residence and/or ownership of the listed residence and any other evidence of crime.**

which is **In Violation of D.C. Code 48-904** and as I am satisfied
(Alleged grounds for seizure)

that there is probable cause to believe that the property so described is being concealed on the above designated (~~person~~) (premises) (~~vehicle~~) (~~object~~) and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in ~~the daytime~~/at any time of the day or night, the designated (~~person~~) (premises) (~~vehicle~~) (~~object~~) for the property specified and if the property be found there.

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE an inventory of the property seized, to leave a copy of this warrant and return to file, a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this **27th** day of **July**, 20**05**       _R. Watters_
                                                Judge, Superior Court of the District of Columbia

### RETURN

I received the above detailed warrant on **July 27**, 20**05** and have executed it as follows:
On _____, 20___, at **0830 A**M., I searched the (person) (premises) (vehicles) (object) described in the warrant and I left a copy of the warrant and return with **on Top of TV** _____ properly posted.
(Name of person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:

1. nine ziplock bags of Marijuana
2. Ziplock Containing greenish weed-like substance
3. Clear Ziplock Containing greenish weed
4. U.S. Currency $2,736.00
5. US Currency $300.00
6. 9mm Ammunition
7. Sandwich bags
8. Ashiba Scale
9. Digital Scale
10. Ziplock Contain greenish weed
11. cell phone Red
12. Ticket NOI
13. Photographs
14. Personal Papers U.S. Currency
15. Giant Bag Greenish weed
16. Money Counter
17. Personal Papers

1. Three vials /Marijuana
2. U.S. Currency $2500.00
3. U.S. Currency $380.00
4. Assorted Personal Papers $1,091.00
5. Ziplock Containing greenish weed. SA Erwin, SA Johnson

This inventory was made in the presence of **Ofc. Wooden, Lt. Delgado, Sgt Sloan, Ofc. Brooks**

I swear that this is a true and detailed account of all property taken by me under this warrant.

_____
Executing Officer

Subscribed and sworn to before me this _____ day of _____, 20___

**000007**

_____
Judge, Superior Court of the District of Columbia

Form CD(17)-1055 / Mar. 89
5-2794 wd-234