# METROPOLITAN POLICE DEPARTMENT
## CRIME SCENE EXAMINATION SECTION
### EVIDENCE REPORT

| CSES NUMBER | COMPLAINT NUMBER | TECHNICIAN | UNIT | DATE |
|---|---|---|---|---|
| 05-7720 | 100-172 | D.E. Leary #8458 | CSES | July 28, 2005 |

| COMPLAINANT OR DECEDENT | OFFENSE | TIME |
|---|---|---|
| Officer Allee Ramadhan | Assault on a Police Officer While Armed | 1020 hours |

| LOCATION OF OFFENSE |
|---|
| 772 Harvard Street, Northwest |

| TO: | FROM: |
|---|---|
| Commanding Officer | Commanding Officer |
| ATTENTION: Sgt. K. Johnson | SECTION: Crime Scene Examination Section |
| THRU: Force Investigation Team | UNIT / DIVISION: Forensic Sciences Services Division |

**NARRATIVE:**

At approximately 1022 hours on Thursday, July 28, 2005, Evidence Technician D.E. Leary and Sgt. Hayes of the Crime Scene Examination Section of the Forensic Science Division arrived at 772 Harvard Street, Northwest. Lt. Kucik had notified Evidence Technician D.E. Leary via cellular phone of a Assault on a Police Officer While Armed (Police Shooting) that occurred at 772 Harvard Street, Northwest. Sgt. K. Johnson and Sgt. R. Wax of the Force Investigation Team were on the scene as well as members of the Narcotics Special Investigative Division and the Drug Enforcement Agency. Officer Allee Ramadhan walked through the scene in the basement with Sgt. Johnson. The following services were provided:

**Photographs:**
Six (6) rolls of Kodak Portra 160 120 format color print film photographs were taken by Sgt. D.J. Hayes. (Film Strip Numbers: X24-850 through X24-855)

**Diagram:**
Diagrams with measurements were prepared of the basement, first floor, and the street by Evidence Technician D.E. Leary.

**Evidence:**
Item # 01.   Casing, head stamped "FC 9MM," recovered from the floor inside the entrance of the basement, 5'11" South of the entrance door and 1'2" East of the West wall.

Continued…

| NAME OF MEMBER PREPARING REPORT | BADGE NO. | REVIEWING OFFICIAL | UNIT |
|---|---|---|---|
| D.E. Leary | 8458 | | |

FOR ID USE ONLY

| Latents are of no value | Following Latent Prints are of Value __ FINGERS __ PALMS __ TIPS | Forwarded _____ By |
|---|---|---|
| Per_____ | PER_____ | 000032 |
| Date | Date | Entered _____ By _____ Property Book No. _____ Page No. _____ |

PD 668A

| METROPOLITAN POLICE DEPARTMENT WASHINGTON, D.C. CONTINUATION OF EVIDENCE REPORT | OFFENSE: APO while Armed | COMPLAINT NUMBER: 100-172 | MCL# 05-7720 |
|---|---|---|---|
| | LOCATION: 772 Harvard Street, NW | CSES NUMBER: 05-7720 | |

Item # 02. Casing, head-stamped "FC 9MM," recovered from the floor in the basement underneath a stool in the entrance, near the kitchen, 9'3" South of the entrance and 3'10" East of the West wall.

Item # 03. Casing, head-stamped "FC 380 AUTO," recovered from the street in front of 772 Harvard Street, Northwest, 25'10" North of the entrance of 772 Harvard Street, Northwest and 15'3" West of the East wall of the entrance of 772 Harvard Street, Northwest.

Item # 04. Bullet, recovered from inside the South wall of the bathroom of the basement (Northeast corner wall of the South bedroom).

Item # 05. Casing, head-stamped "LC 04," recovered from the front step/stoop to the first floor, 2" South of the stoop edge and 6" East of the West wall.

Item # 06. Casing, head-stamped "LC 04," recovered from the front step/stoop to the first floor, 11" South of the stoop edge and 1'6" East of the West wall.

Item # 07. Casing, head-stamped "LC 04," recovered from inside the doorway of the first floor, 1'9" South of the stoop edge and 2'4" East of the West wall.

Item # 08. Casing, head-stamped "LC 04," recovered from inside the doorway of the first floor, 5'10" South of the stoop edge and 1'10" East of the West wall.

Item # 09. Casing, head-stamped "LC 04," recovered form inside the doorway of the first floor, 6'1" South of the stoop edge and 11" East of the West wall.

Item # 10. Bullet, recovered from the first floor at the top of the staircase leading down into the basement, 19'4" South of the stoop edge and 14'10" East of the West wall.

Item # 11. Pistol with magazine, black, Glock 17 MP2220DC, recovered from Officer Allee Ramadhan.

Item # 12. Cartridge, head-stamped "FC 9MM," recovered from the chamber of item # 11.

Item # 13. Cartridges, thirteen (13), recovered from the magazine of item # 11.

Item # 14. Rifle, black, semi-automatic, Rock River Arms LAR-15 cal 5.56 "CM DEA 01148," recovered from Drug Enforcement Agency Special Agent James Armstrong (#5900).

Item # 15. Magazine, "33710 6-03," recovered from Drug Enforcement Agency Special Agent James Armstrong (#5900).

Item # 16. Cartridges, twenty-four (24) (nine [9] head-stamped "FC 223 REM" and fifteen (15) head-stamped "LC 04," recovered from inside item # 15.

Item # 17. Magazine, "33710 8–03," recovered from Drug Enforcement Agency Special Agent James Armstrong (#5900).

Item # 18. Cartridges, twenty-eight (28), head-stamped "FC 223 REM," recovered from inside item # 17.

Item # 19. Pistol with magazine, silver, Raven model MP 25, cal .25 Auto "1648099," recovered from the hall in the basement 1'10" North of the South bedroom entrance and against the East wall of the hall behind the open bathroom door.

Item # 20. Cartridge, head-stamped "FC 25 AUTO," recovered from the chamber of item # 19.

Item # 21. Cartridges, five (5) (three [3] head-stamped "RP 25 AUTO" and two [2] head-stamped "FC 25 AUTO," recovered from the magazine of item # 19.

000033

| SIGNATURE OF REPORTING OFFICER: D.E. Leary #8458 | ORG ELM: MCLU | PAGE 2 OF 3 PAGES | SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|

PD 668A

| METROPOLITAN POLICE DEPARTMENT WASHINGTON, D.C. CONTINUATION OF EVIDENCE REPORT | OFFENSE<br>APO while Armed | COMPLAINT NUMBER<br>100-172 |
|---|---|---|
| | LOCATION<br>772 Harvard Street, NW | CSES NUMBER<br>05-7720 |

MCL# 05-7720

Item # 22.   Pistol with magazine, black, semi-automatic, HI POINT 9MM "028445," recovered from inside the safe located in the Northernmost lower cabinet in the basement kitchen, 12'6" South of the basement entrance.

Item # 23.   Cartridges, seven (7), head-stamped "WIN 9MM LUGER," recovered from the magazine of item # 22. (note: there was no cartridge in the chamber)

Item # 24.   Darringer, black with side grip missing, DAVIS INDUSTRIES model D9, 9mm cal, "D076572," recovered from inside the drawer of the nightstand North of the bed in the South bedroom.

Item # 25.   Cartridges, two (2) (one [1] head-stamped "FC 380 AUTO" and one [1] head-stamped "A-MERC 380 AUTO," recovered from inside item # 24.

**Evidence Technician Notes:**
Items # 01-25 were entered in the Crime Scene Examination Section Evidence Property Book 1035 on page 258. Items # 19-25 were submitted to the Crime Scene Examination Section Evidence Processing Laboratory to be examined for the presence of friction ridges. Items 01-18 were secured in the Firearms Laboratory submission box.

000034

| SIGNATURE OF REPORTING OFFICER<br>D.E. Leary #8458 | ORG ELM<br>MCLU | PAGE 3 OF 3 PAGES | SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|