UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-320 (RWR) |
| | : | |
| MARIO SALVATIERRA-SAHONERO, | : | |
| Defendant. | : | |

## ORDER

Upon due consideration of the defendant's Motion to Suppress Physical Evidence, and the Government's responsive pleading thereto, and the record in this case, it is this _____ day of _____, 2005, hereby

**ORDERED** that the defendant's motion is hereby **DENIED**.

_____
RICHARD W. ROBERTS
United States District Court Judge
for the District of Columbia

cc:

Anthony Scarpelli
Assistant United States Attorney
555 Fourth Street, N.W., Rm. 4816
Washington, DC 20530

Anthony Martin, Esquire
Belle Point Office Park
7841 Belle Point Park Drive
Greenbelt, MD 20770