UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 05-320 (RWR) |
| | : | |
| **MARIO SALVATIERRA SAHONERO** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE
MOTION TO ADMIT OTHER CRIMES EVIDENCE
PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b)**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests permission to late file its motion to admit other crimes evidence pursuant to Federal Rule of Evidence 404(b). As grounds for this request, the United States now says:

1. On November 15, 2005, and December 1, 2005, the undersigned represented to the Court that it would not be filing a motion to admit other crimes evidence under Fed. R. Evid. 404(b). At the time of the hearings, the undersigned counsel was unaware of the existence of any admissible other crimes evidence under Fed. R. Evid. 404(b), and therefore, did not file any pre-trial motions. In late December of 2005, undersigned counsel spoke to several law enforcement officers involved in this case. One of the officers explained to the undersigned that the defendant's cellular telephone was seized pursuant to the search warrant. The officer further explained to the undersigned that contained within the defendant's cellular telephone are photographs of an individual, who's face is not visible, who appears to be holding the Raven .25 caliber handgun. Furthermore, there is a video tape contained within the defendant's cellular telephone of the defendant speaking.

2. The government submits that the defendant is not prejudiced by the late filing of the 404(b) motion. The defendant will have ample time to respond to the motion, and a trial date has not been set yet.

3. The undersigned Assistant United States Attorney will submit the 404(b) motion by January 27, 2006. Accordingly, the government hereby requests that the Court allow the Government to late file its 404(b) motion.

WHEREFORE, the United States respectfully requests that the instant motion be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO. 451058

_____
ANTHONY SCARPELLI
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 474-7111
ORGANIZED CRIME AND NARCOTIC
TRAFFICKING SECTION
(202) 353-1679

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing government's Motion for Leave to Late File Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b) is to be served upon counsel for the defendant, Anthony Martin, Esquire, this 17th day of January, 2006.

_____
ANTHONY SCARPELLI
ASSISTANT UNITED STATES ATTORNEY