## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 05-320 (RWR)** |
| | : | |
| **MARIO SALVIETERRA SAHONERO** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### ORDER

Upon consideration of the motion of the United States of America, it is hereby:

ORDERED that the Government be allowed to late file its Motion to Admit Other Crimes

Evidence Pursuant to Federal Rule of Evidence 404(b).


SIGNED this _____ day of January, 2006.


_____
RICHARD W. ROBERTS
United States District Judge