UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.   Criminal Case No. 05320 (RWR)

MARIO SALVIETERRA SAHONERO :

Defendant.  :

**FILED**

**JAN 30 2006**

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the motion of the United States of America, it is hereby

ORDERED that the Government be allowed to late file its Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b).

SIGNED this 30th day of January, 2006.

_____
RICHARD W. ROBERTS
United States District Judge