UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-320 (RWR)** |
| v. | : | VIOLATIONS: 18 U.S.C. §111(a)(1) and (b) |
| | : | (Assaulting, Resisting, or Impeding Certain |
| **MARIO SALVATIERRA SAHONERO,** | : | Officers or Employees with a Dangerous |
| **Defendant.** | : | Weapon); |
| | : | 22 D.C.C. §4504(a) |
| | : | (Carrying a Pistol Without a License) |

## S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO**, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, with a dangerous weapon, that is, a Raven .25 caliber semi-automatic pistol, while engaged in or on account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1) and (b))

## COUNT TWO

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO**, did carry, openly and concealed on or about his person, a pistol, without a license issued pursuant to law.

(**Carrying a Pistol Without a License**, in violation of Title 22, District of Columbia Code, Section 4504(a))

                          KENNETH L. WAINSTEIN
                          Attorney of the United States in
                          and for the District of Columbia
                          Bar NO. 451-058

BY: _____
            ANTHONY SCARPELLI
            Assistant United States Attorney
            Bar No. 474-711
            Organized Crime and Narcotics Trafficking Section
            555 4th Street, N.W., Room 4816
            Washington, D.C. 20530
            (202) 353-1679