

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )
                             )
           vs.               )    Criminal No. 05-320 (RWR)
                             )
MARLO SALVATIERRA SANTOVERO  )

**FILED**
APR 7 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____ 4-7-06
United States Attorney

Approved:

_____
Judge