UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-320 (RWR)** |
| v. | : | GRAND JURY ORIGINAL |
| **MARIO SALVATIERRA SAHONERO,** | : | VIOLATIONS: 18 U.S.C. §111(a)(1) and (b) |
| **Defendant.** | : | (Assaulting, Resisting, or Impeding Certain Officers or Employees with a Dangerous Weapon); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) (Unlawful Possession With Intent to Distribute Cannabis); |
| | : | 18 U.S.C. §924(c)(1)(A)(ii) (Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §924(c)(1) (Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense) |

**S U P E R S E D I N G   I N D I C T M E N T**

The Grand Jury charges that:

## COUNT ONE

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO**, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, with a dangerous weapon, that is, a Raven .25 caliber semi-automatic pistol, while engaged in or on account of the performance of that person's official duties.

**(Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1) and (b))

## COUNT TWO

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

> (**Unlawful Possession With Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT THREE

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO**, did unlawfully and knowingly use, brandish, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count Two of this Indictment which is incorporated herein, a firearm, that is, a Raven .25 caliber semi-automatic pistol.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

## COUNT FOUR

On or about July 28, 2005, within the District of Columbia, **MARIO SALVATIERRA SAHONERO**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United

States, that is Count Two of this Indictment which is incorporated herein, a firearm, that is, a High Point 9mm handgun and a Davis Industries 9mm handgun.

      (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:

FOREPERSON.

*Kennedy L. Wainstein*
Attorney of the United States in
and for the District of Columbia.

CO-931
3/78

CLERK'S OFFICE
UNITED STATES DISTRICT COURT

## NOTICE OF DESIGNATION OF PENDING* RELATED CRIMINAL CASE PURSUANT TO RULE 3-4, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Criminal Number: 05-320
(To be supplied by the Clerk)

SEP 01 2005

NOTICE TO PROSECUTOR:

Pursuant to LCrR 57.12(a)(1) of this Court's Rules, you should prepare this form and submit it to the Clerk's Office along with the indictments in any related cases. One copy is needed for the Clerk's records, once for the Judge to whom the case is assigned, and one additional copy for each defendant. Therefore, in a one defendant case you should submit 3 copies, for a two defendant case you should submit 4 copies, etc. The Clerk will mail copies of this form to all defense counsel along with the arraignment notice.

NOTICE TO DEFENDANT:

Rule LCrR 57.12(b)(1) of this Court's Rules requires that any objection by the defendant to the related case designation shall be served on the U. S. Attorney and filed with the Clerk within 10 days after arraignment.

NOTICE TO ALL COUNSEL:

Rule LCrR 57.12(b)(3) requires, in part, that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The prosecutor will please complete the following:

1. Name of defendant:  MARIO SALVATIERRA SAHONERO

2. Number of related case:  05-320

3. Name of Judge assigned to related case:  JUDGE ROBERTS

4. Name of United States Court in which the related case is pending (if other than this Court:)

5. Relationship of new case to related case:

   [Check appropriate box(es)]

   [X]  (a)  New case is a superseding indictment.

   [ ]  (b)  More than one indictment is filed or pending against defendant.

   [ ]  (c)  Prosecution against different defendant(s) arises from:

              [ ] a common wiretap

              [ ] a common search warrant

              [ ] activities which are a part of the same alleged criminal event or transaction

(*) A case is considered pending until a defendant has been sentenced. [Rule 3-4(a)(1)]

