18989

HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 05-CR-_320_ |
| | : | |
| vs. | : | |
| | : | |
| SAHONERO, Mario | : | Disclosure Date: May 16, 2006 |

**FILED**

OCT  2 2006

~~NANCY MAYER WHITTINGTON, CLERK~~
~~U.S. DISTRICT COURT~~

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned
further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the
         attachment herein.


_____                     _____
**Prosecuting Attorney**                                     **Date**
#### For the Defendant

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    (✓)    There are material/factual inaccuracies in the PSI report as set forth in the
         attachment.

X _____        _____ 26 MAY 06
**Defendant**            **Date**            **Defense Counsel**           **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by **May 30, 2006**, to U.S. Probation Officer **Renee
Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.


FOR THE COURT

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

JYH 5/31/06

3012200791

MAY 31, 2006 05:08