JUN-12-2006  10:26                                                                              2025148707   P.01/01

# HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: **05-CR. 320** |
| vs. | : | |
| SAHONERO, Mario | : | Disclosure Date: **May 16, 2006** |

**FILED**
OCT 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ✓ ) There are no material/factual inaccuracies therein.
(   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____[signature]_____                                      ___6-1-06___
Prosecuting Attorney                                                  Date

### For the Defendant

(CHECK APPROPRIATE BOX)
(   ) There are no material/factual inaccuracies therein.
(   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                          _____
Defendant                    Date                                  Defense Counsel              Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 30, 2006**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
    United States Probation Officer

TOTAL P.01